181 So. 917

### I. G. BORING v. STATE.
#### 6 Div. 250.

Court of Appeals of Alabama.
May 10, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.